AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| VICTOR JESUS MORALES ABACA | ) | Case No. |
| | ) | MAG 23-115 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   March 10, 2023   in the county of   Morgan   in the
  Northern   District of   Alabama  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 Section 1326(a)&(b)(2) | Illegal Reentry After Deportation (Aggravated Felony) |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

DANIEL J FINN JR
Digitally signed by DANIEL J FINN JR
Date: 2023.03.15 11:21:04 -05'00'

*Complainant's signature*

Daniel J Finn Jr Deportation Officer

*Printed name and title*

Sworn to by telephone and signed electronically.

Date: 03/15/23

City and state: Birmingham, AL

*Judge's signature*

Nicholas A Danella USMJ

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Daniel J Finn Jr, being duly first sworn, depose and say:

1. I am a Deportation Officer with U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I have served as a Deportation Officer with ICE since July 24, 2016. As a Deportation Officer, I am charged with conducting investigations related to violations of the Immigration and Nationality Act, specifically foreign-born nationals that have been deported from the United States and subsequently re-entered the United States illegally. I am currently assigned to the ICE Enforcement and Removal Operations – Birmingham, Alabama, sub office in the New Orleans, Louisiana, area of responsibly, and my duties include investigating violations of Title 8 of the United States Code ("U.S.C") including illegal reentry and related offenses.

2. This affidavit is made in support of a criminal complaint against Victor Jesus MORALES Abaca. As set forth herein, there is probable cause to believe MORALES, a native and citizen of Mexico, illegally re-entered the United States after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

3. This affidavit is based upon my personal knowledge, experience, and investigation; as well as information related to me directly or through reports of other ICE Agents, and other law enforcement officers in the course of their

1

official duties. Because this affidavit is submitted for the limited purpose of supporting a criminal complaint and arrest warrant, I have not included all information known by me or other investigators concerning this investigation. I have set forth only those facts I believe are essential to establish the necessary foundation for the complaint and warrant. This affidavit does not exhaust my knowledge or that of other investigators of the facts and circumstances surrounding this investigation.

4. On June 21, 2022, MORALES was arrested by the Morgan County Sheriff's Office and charged with Larceny/Theft-Shoplifting, less than $500, in violation of Alabama Criminal Code 13A-8-5. MORALES was released on a bond with a listed address in Decatur, Alabama. A Search of ICE databases revealed that MORALES has been assigned an Alien Numbers. ICE indices pertaining to MORALES, with the same Alien Number revealed he was a native and citizen of Mexico who was previously ordered removed and removed from the United States on September 10, 2015.

5. On March 10, 2023, members of the Birmingham, Alabama Fugitive Operations Team were conducting surveillance at the address listed on MORALES' bond paperwork in Decatur. At approximately 0700 hours, officers witnessed a gray Chevrolet Captiva leave the residence. Officers conducted a traffic stop to identify the driver of the vehicle. Officers made

contact with MORALES, who was the only occupant of the vehicle and placed him under arrest.

6. On or about December 10, 2013, MORALES was convicted of Burglary of a Habitation in the 177th District Court of Harris County, Texas and sentenced to two years incarceration.

7. As a burglary conviction with for which there is a term of imprisonment of at least one year, the December 10th conviction is an "aggravated felony" as defined in Title 8 United States Code Section 1101(a)(43)(G).

8. Immigration Form I-205, Warrant of Removal / Deportation, is the standard form utilized by the Department of Homeland Security (DHS) to document the physical removal of an unlawfully present alien from the United States to his/her native country. There is one executed I-205 in MORALES' Alien File. The front page of each I-205 shows the order, signed by the designated immigration official, authorizing any officer or employee of the Immigration and Naturalization Service (now known as Immigration and Customs Enforcement) to physically deport the subject alien from the United States. The second page of each I-205 contains specific information that the I-205 was executed, recording the port (location), date, and manner of removal by placing the photograph, right index fingerprint, and signature of the alien.

The I-205 in MORALES' alien file indicates he was removed from the United States to Mexico on or about September 10, 2015.

9. MORALES' Alien File was reviewed by DHS personnel, and it did not contain any documentation showing that he has applied for or received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, for admission to the United States following his removal on or about September 10, 2015. Further, there is no evidence in any automated system that an application was made or approved. Had the defendant made such an application, that fact would be reflected in his official Alien File.

10. I have no reason to believe that MORALES was here in the Northern District of Alabama involuntarily when he was arrested on or about June 21, 2022.

10. Based on the above facts, your affiant believes that there is probable cause to establish that Victor Jesus MORALES Abaca has violated 8 U.S.C.

4

§ 1326(a) and (b)(2).

DANIEL J FINN JR  
Digitally signed by DANIEL J FINN JR  
Date: 2023.03.15 11:21:35 -05'00'

---

Daniel J. Finn, Jr., Affiant  
U.S. Department of Homeland Security  
Immigration and Customs Enforcement

Sworn to telephonically and subscribed electronically this the 15th day of March, 2023.

*[signature]*

---

Nicholas A. Danella  
United States Magistrate Judge  
Northern District of Alabama

5